# United States Bankruptcy Court
## Southern District of Florida

In re    Luis Loriga Caceres                                        Case No.    1:26-bk-15896
Debtor(s)
                                                                        Chapter    13

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

☒ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
     ☐   receives disability payments
     ☐   is unemployed and does not receive unemployment compensation
     ☐   receives Social Security payments
     ☐   receives a pension
     ☐   does not work outside the home
     ☐   is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
     Explain: _____

**Joint Debtor (if applicable):**

☐ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
     ☐   receives disability payments
     ☐   is unemployed and does not receive unemployment compensation
     ☐   receives Social Security payments
     ☐   receives a pension
     ☐   does not work outside the home
     ☐   is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
     Explain: _____

LF-10 (rev. 12/01/09)                     Page 1 of 2

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

/s/ Luis Loriga Caceres                                                    Date: _____

Luis Loriga Caceres
Signature of Attorney or Debtor

LF-10 (rev. 12/01/09)                                  Page 2 of 2

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

CO   FIL...                         ...
622   073505 SERVIC      0000180052   1

SEQ 000849

# Earnings Statement

**ADP**

OMAR & MANUEL CORP
DBA PRESIDENTE SUPERMARKET #3
1895 SW 8TH STREET
MIAMI, FL 33135

| | |
|---|---|
| Period Beginning: | 04/22/2026 |
| Period Ending: | 04/28/2026 |
| Pay Date: | 05/01/2026 |

**LUIS E LORIGA**
**2252 SW 16 CT**
**MIAMI FL 33145**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 40.00 | 560.00 | 8,546.30 |
| Overtime | 21.0000 | 22.72 | 477.12 | 6,743.10 |
| Gross Pay | | | $1,037.12 | 15,289.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -82.54 | 1,177.18 |
| | Social Security Tax | -64.30 | 947.94 |
| | Medicare Tax | -15.04 | 221.70 |
| Net Pay | | $875.24 | |
| | Checking 1 | -875.24 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are
$1,037.12

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 62.72 | |

**Important Notes**

COMPANY PH#: +1 305 541 0024

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Exemptions/Allowances:
FL:          No State Income Tax

© 1998, 2006, ADP, Inc.  All Rights Reserved.

© 2000 ADP, Inc.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

OMAR & MANUEL CORP
DBA PRESIDENTE SUPERMARKET #3
1895 SW 8TH STREET
MIAMI, FL 33135

| | |
|---|---|
| Advice number: | 00000180052 |
| Pay date: | 05/01/2026 |

**Deposited to the account of**
**LUIS E LORIGA**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx1862 | xxxx xxxx | $875.24 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**ADP®**

CO FILE 0
622 073505 SERVIC 0000170054 1

SEQ 000692

OMAR & MANUEL CORP
*DBA PRESIDENTE SUPERMARKET #3*
*1895 SW 8TH STREET*
*MIAMI, FL 33135*

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 04/15/2026 |
| Period Ending: | 04/21/2026 |
| Pay Date: | 04/24/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

**LUIS E LORIGA**
**2252 SW 16 CT**
**MIAMI FL 33145**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 40.00 | 560.00 | 7,986.30 |
| Overtime | 21.0000 | 26.52 | 556.92 | 6,265.98 |
| Gross Pay | | | $1,116.92 | 14,252.28 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -92.11 | 1,094.64 |
| | Social Security Tax | -69.25 | 883.64 |
| | Medicare Tax | -16.20 | 206.66 |
| | Net Pay | $939.36 | |
| | Checking 1 | -939.36 | |
| | Net Check | $0.00 | |

Your federal taxable wages this period are
$1,116.92

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 66.52 | |

**Important Notes**
COMPANY PH#: +1 305 541 0024

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Exemptions/Allowances:
    FL:        No State Income Tax

© 1998, 2006. ADP, Inc. All Rights Reserved.

© 2000 ADP, Inc.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID
THIS IS NOT A CHECK

OMAR & MANUEL CORP
DBA PRESIDENTE SUPERMARKET #3
1895 SW 8TH STREET
MIAMI, FL 33135

| | Advice number: | 00000170054 |
|---|---|---|
| | Pay date: | 04/24/2026 |

Deposited to the account of
**LUIS E LORIGA**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx1862 | xxxx xxxx | $939.36 |

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO.   FILE                                                    **Earnings Statement**                          **ADP**
**622**  073505 SERVIC      0000120054  1

SEQ 000726

*OMAR & MANUEL CORP*                                 Period Beginning:      03/11/2026
*DBA PRESIDENTE SUPERMARKET #3*                      Period Ending:         03/17/2026
*1895 SW 8TH STREET*                                 Pay Date:              03/20/2026
*MIAMI, FL  33135*

**LUIS  E  LORIGA**
**2252  SW  16  CT**
**MIAMI  FL  33145**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 40.00 | 560.00 | 6,687.10 |
| Overtime | 21.0000 | 29.68 | 623.28 | 5,709.06 |
| Gross Pay | | | $1,183.28 | 12,396.16 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 69.68 | |

**Important Notes**
COMPANY PH#: +1 305 541 0024

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -100.08 | 984.95 | |
| | Social Security Tax | -73.36 | 768.56 | |
| | Medicare Tax | -17.15 | 179.74 | |

BASIS OF PAY: HOURLY

| | | | |
|---|---|---|---|
| Net Pay | | $992.69 | |
| Checking 1 | | -992.69 | |
| Net Check | | $0.00 | |

**Additional Tax Withholding Information**
Exemptions/Allowances:
  FL:       No State Income Tax

Your federal taxable wages this period are
$1,183.28

© 1998, 2006. ADP, Inc.  All Rights Reserved.

© 2000 ADP, Inc.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

OMAR & MANUEL CORP                                   **Advice number:**        **00000120054**
DBA PRESIDENTE SUPERMARKET #3                        Pay date:                 03/20/2026
1895 SW 8TH STREET
MIAMI, FL  33135

| | account number | transit ABA | amount |
|---|---|---|---|
| **Deposited to the account of** | | | |
| **LUIS E LORIGA** | xxxxxxxxx1862 | xxxx  xxxx | $992.69 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO. FILE DEPT. CLOCK VCHR. NO.
**622** 073505 SERVIC 0000130053 1

SEQ 001032

*OMAR & MANUEL CORP*
*DBA PRESIDENTE SUPERMARKET #3*
*1895 SW 8TH STREET*
*MIAMI, FL 33135*

# Earnings Statement



| | |
|---|---|
| Period Beginning: | 03/18/2026 |
| Period Ending: | 03/24/2026 |
| Pay Date: | 03/27/2026 |

**LUIS E LORIGA**
**2252 SW 16 CT**
**MIAMI FL 33145**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 18.13 | 253.82 | 6,940.92 |
| Overtime | | | | 5,709.06 |
| **Gross Pay** | | | **$253.82** | 12,649.98 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -15.74 | 784.30 |
| | Medicare Tax | -3.68 | 183.42 |
| | Federal Income Tax | | 984.95 |
| **Net Pay** | | **$234.40** | |
| Checking 1 | | -234.40 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $253.82

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 18.13 | |

**Important Notes**
COMPANY PH#: +1 305 541 0024

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Exemptions/Allowances:
  FL:          No State Income Tax

© 1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

OMAR & MANUEL CORP
DBA PRESIDENTE SUPERMARKET #3
1895 SW 8TH STREET
MIAMI, FL 33135

| Advice number: | 00000130053 |
|---|---|
| Pay date: | 03/27/2026 |

Deposited to the account of
**LUIS E LORIGA**

THIS IS NOT A CHECK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx1862 | xxxx xxxx | $234.40 |

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO. FILE
622 073505 SERVIC 0000140053 1

**Earnings Statement**

ADP®

SEQ 000787

OMAR & MANUEL CORP
DBA PRESIDENTE SUPERMARKET #3
1895 SW 8TH STREET
MIAMI, FL 33135

| | |
|---|---|
| Period Beginning: | 03/25/2026 |
| Period Ending: | 03/31/2026 |
| Pay Date: | 04/03/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

LUIS E LORIGA
2252 SW 16 CT
MIAMI FL 33145

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 34.67 | 485.38 | 7,426.30 |
| Overtime | | | | 5,709.06 |
| Gross Pay | | | $485.38 | 13,135.36 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 34.67 | |

**Important Notes**

COMPANY PH#: +1 305 541 0024

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -17.58 | 1,002.53 |
| | Social Security Tax | -30.09 | 814.39 |
| | Medicare Tax | -7.04 | 190.46 |
| Net Pay | | $430.67 | |
| | Checking 1 | -430.67 | |
| Net Check | | $0.00 | |

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**

Exemptions/Allowances:
    FL:        No State Income Tax

Your federal taxable wages this period are $485.38

© 1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

OMAR & MANUEL CORP
DBA PRESIDENTE SUPERMARKET #3
1895 SW 8TH STREET
MIAMI, FL 33135

| | |
|---|---|
| Advice number: | 00000140053 |
| Pay date: | 04/03/2026 |

**Deposited to the account of**
LUIS E LORIGA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx1862 | xxxx xxxx | $430.67 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.