**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

**Luis Loriga Caceres**                                   **CASE NO. 26-15896-LMI**
                                                                      **CHAPTER 13**

          **Debtor(s)**
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Chapter 13 Plan Filed by Debtor Ventura Jorge San Martin. (Melich, Aimee)* [#13] was electronically sent to the Office of the U.S. Nancy K. Neidich, Chapter 13 trustee, as well as the creditors listed below by certified mail on May 20, 2026.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the court set forth in Local Rule 2090-1(A).

Submitted,

Aimee Melich Law, P.A.
*Attorney for Debtor*
7480 Bird Road, Suite #601
Miami, FL 33155
Tel: 786-583-8214
Aimee@MelichLaw.com

By: */s/Aimee Melich, Esq.*
Aimee Melich, Esq./FBN.: 9506

Label Matrix for local noticing
113C-1
Case 26-15896-LMI
Southern District of Florida
Miami
Wed May 20 21:09:37 EDT 2026

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Barbara Loriga
c/o Timothy Kevin Barket
Barket Lawyers 66 W Flagler St Fl 7
Miami, FL 33130-1807

Barbara Loriga-Caceres
c/o Timothy Kevin Barket
Barket Lawyers 66 W Flagler St Fl 7
Miami, FL 33130-1807

Capital One
AttN: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Ccb-integra
120 S La Salle St
Chicago, IL 60603-3403

Ccb-integra
Attn: Bankruptcy
120 S La Salle St Ste 1600
Chicago, IL 60603-3402

Credit One Bank
Attn: Bankruptcy Department
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

(p)CREDIT FRESH
200 CONTINENTAL DRIVE SUITE 401
NEWARK DE 19713-4337

Cws/cw Nexus
Attn: Bankruptcy
PO Box 9201
Old Bethpage, NY 11804-9001

Cws/cw Nexus
PO Box 9201
Old Bethpage, NY 11804-9001

Genesis Fs Card Services
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076-4401

Genesis Fs Card Services
PO Box 4499
Beaverton, OR 97076-4499

Imagine Credit
Attn: Account Services/Bankruptcy
PO Box 105824
Atlanta, GA 30348-5824

Imagine Credit
PO Box 105555
Atlanta, GA 30348-5555

Jose R Gomez
Barket Lawyers
66 W Flagler St Fl 7
Miami, FL 33130-1807

Joseph Anthony Noa Jr.
The Noa Law Firm, P.A.
PO Box 941958
Miami, FL 33194-1958

Mauricio Padilla Jr.
Padilla Law
14 NE 1st Ave Ste 300
Miami, FL 33132-2404

Mercy Hospital
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

(p)OPORTUN  INC
PO BOX 560880
THE COLONY TX 75056-0880

(p)TRANSFORM CREDIT INC
1449 S MICHIGAN AVE
STE 13304
CHICAGO IL 60605-2810

Aimee Melich
7480 Bird Rd.
Suite 601
Miami, FL 33155-6658

Luis Loriga Caceres
2252 SW 16 Court
Miami, FL 33145-3931

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027-9806

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CreditFresh
200 Continental Dr
Newark, DE 19713-4334

(d)CreditFresh
200 Continental Dr
Ste 401
Newark, DE 19713-4337

Oportun
2 Circle Star Way
San Carlos, CA 94070-6200

(d)Oportun
Attn: Bankruptcy
2 Circle Star Way
San Carlos, CA 94070-6200

Transform Credit Inc
1440 W Taylor St
431
Chicago, IL 60607-4623

(d)Transform Credit Inc
Attn: Bankruptcy
1440 W Taylor St # 431
Chicago, IL 60607-4623


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Miami

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27