United States Bankruptcy Court

Southern District of Florida

In re:

Luis Loriga Caceres

    Debtor

Case No. 26-15896-PDR

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113C-1      User: admin      Page 1 of 2

Date Rcvd: Jun 12, 2026      Form ID: CGFD3      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Luis Loriga Caceres, 2252 SW 16 Court, Miami, FL 33145-3931 |
| 98619852 | + | Barbara Loriga, c/o Timothy Kevin Barket, Barket Lawyers 66 W Flagler St Fl 7, Miami, FL 33130-1807 |
| 98619853 | + | Barbara Loriga-Caceres, c/o Timothy Kevin Barket, Barket Lawyers 66 W Flagler St Fl 7, Miami, FL 33130-1807 |
| 98619868 | + | Jose R Gomez, Barket Lawyers, 66 W Flagler St Fl 7, Miami, FL 33130-1807 |
| 98619869 | + | Joseph Anthony Noa Jr., The Noa Law Firm, P.A., PO Box 941958, Miami, FL 33194-1958 |
| 98619870 | + | Mauricio Padilla Jr., Padilla Law, 14 NE 1st Ave Ste 300, Miami, FL 33132-2404 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 98619851 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 13 2026 00:09:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 98619860 | Email/Text: bankruptcy@creditfresh.com | Jun 13 2026 00:10:00 | CreditFresh, 200 Continental Dr, Newark, DE 19713-4334 |
| 98619861 | Email/Text: bankruptcy@creditfresh.com | Jun 13 2026 00:10:00 | CreditFresh, 200 Continental Dr, Ste 401, Newark, DE 19713-4337 |
| 98619855 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2026 00:20:18 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 98619854 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2026 00:21:04 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 98619856 | Email/Text: bankruptcynotice@integracredit.com | Jun 13 2026 00:13:00 | Ccb-integra, 120 S La Salle St, Chicago, IL 60603-3403 |
| 98619857 | Email/Text: bankruptcynotice@integracredit.com | Jun 13 2026 00:13:00 | Ccb-integra, Attn: Bankruptcy, 120 S La Salle St Ste 1600, Chicago, IL 60603-3402 |
| 98619858 | Email/PDF: creditonebknotifications@resurgent.com | Jun 13 2026 00:21:08 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 98619859 | Email/PDF: creditonebknotifications@resurgent.com | Jun 13 2026 00:20:22 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 98619863 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2026 00:19:59 | Cws/cw Nexus, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 98619862 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2026 00:19:59 | Cws/cw Nexus, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 98619865 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 13 2026 00:16:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 98619864 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 13 2026 00:16:00 | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 98619867 | Email/Text: bankruptcy@webbank.com | Jun 13 2026 00:11:00 | Imagine Credit, Attn: Account Services/Bankruptcy, PO Box 105824, Atlanta, GA 30348-5824 |

District/off: 113C-1 | User: admin | Page 2 of 2
Date Rcvd: Jun 12, 2026 | Form ID: CGFD3 | Total Noticed: 27

| 98619866 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 13 2026 00:11:00 | Imagine Credit, PO Box 105555, Atlanta, GA 30348-5555 |
| 98683764 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2026 00:20:47 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 98632434 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2026 00:20:32 | Mercy Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 98619871 | Email/Text: bankruptcy@oportun.com | Jun 13 2026 00:11:00 | Oportun, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 98619872 | Email/Text: bankruptcy@oportun.com | Jun 13 2026 00:11:00 | Oportun, Attn: Bankruptcy, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 98619873 | Email/Text: collections@transformcredit.com | Jun 13 2026 00:11:00 | Transform Credit Inc, 1440 W Taylor St, 431, Chicago, IL 60607-4623 |
| 98619874 | Email/Text: collections@transformcredit.com | Jun 13 2026 00:11:00 | Transform Credit Inc, Attn: Bankruptcy, 1440 W Taylor St # 431, Chicago, IL 60607-4623 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026 | Signature: | /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aimee Melich | on behalf of Debtor Luis Loriga Caceres<br>service@melichlaw.com;10963@notices.nextchapterbk.com;Melich.AimeeB140715@notify.bestcase.com |
| Nancy K. Neidich | e2c8f01@ch13miami.com  ecf2@ch13miami.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 3

CGFD3 (06/01/26)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 26–15896–PDR

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Luis Loriga Caceres
aka Luis Loriga
2252 SW 16 Court
Miami, FL 33145

SSN: xxx–xx–3505

## CLERK'S NOTICE OF CHANGE TO ZOOM LINK FOR

## SCHEDULED VIDEO CONFERENCE HEARING

Pursuant to General Order 2026–01 entered on June 1, 2026, hearings reassigned to Judge Peter D. Russin will proceed on the date and time as scheduled, however; the Clerk's Office is advising parties of a change to the Zoom registration link for participation in hearings before Judge Russin.

To participate in the hearing, you **must** register in advance no later than 3:00 p.m., one business day before the date of the hearing.

**TO REGISTER:** CLICK HERE or manually enter the following ZOOM registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

**Dated: 6/12/26**

**CLERK OF COURT**
By: Diana Cohen
Deputy Clerk

Copies to:  All Parties of record by the clerk