UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

CASE NUMBER: *26-15896-PDR*

IN RE:  **Luis Loriga Caceres**
⊠ Debtor(s) ☐ Pro Se Debtor

## TRUSTEE'S NOTICE OF DEFICIENCY AND RECOMMENDATION
(If this case is dismissed, this deficiency is an objection to reinstatement)

The Trustee has found the following deficiencies from the Trustee's letter or requirements under the Bankruptcy Code and Rules. *The Trustee reserves the right to raise additional objections until ALL DOCUMENTS are provided to the Trustee and ALL ISSUES ARE RESOLVED.* **See Court's Notice of Commencement, Clerk of Court website flsb.uscourts.gov, and Trustee's website CH13miami.com for information, forms, and procedures.**

> WARNING: All written responses or documents must be received through BKDOCS.US or filed with the Clerk by 5pm at least 15 days prior to the first confirmation hearing or the agreed deadline if confirmation is continued. Pro Se debtors may fax documents to 954-443-4452. Failure to timely provide documents may result in dismissal of this case at the confirmation hearing. If debtor's or creditor's counsel object to the Trustee's recommendation, they must pre-call with the Trustee's Staff Attorney to resolve everything **THE THURSDAY PRIOR TO THE HEARING**. A final calendar will be published with any updated recommendation the day before the hearing on the front page of the Trustee's website. **RECOMMENDATIONS ARE CHANGED UPON REVIEW OF DOCUMENTS NOT RECEIPT:** THE DEBTOR'S ATTORNEY OR SELF REPRESENTED DEBTOR MUST APPEAR AT THE CONFIRMATION HEARING OR THE CASE MAY BE DISMISSED

TRUSTEE'S RECOMMENDATION FOR CONFIRMATION          LAST REVIEWED: **6/24/2026**
☐ **Objection to Exemption filed**

**Plan ☐ served**
**If debtor's counsel appears, confirms service, agrees to vesting and the recommendation on the record:**

### *I. Documents required by Bankruptcy Rule 4002(b) prior to the meeting of creditors:*

☐ Tax returns with all schedules, parts, and attachments:
  ☐ Personal ☐ 2024 ☐ 2025  ☐Missing Schedule C and/or Part 1
  ☐ Corporate ☐ 2024 ☐ 2025
☐ Photo ID  ☐ received illegible (not color or picture unidentifiable) ☐ different address
☐ Social Security Card or proof per UST list ☐ received illegible (redacted or unreadable)
⊠ LF 90 ☐ Attorney signature missing ☐ Debtor signature missing
⊠ LF 67
☐ LF 10  ☐ missing selections ☐ missing paystubs
⊠ 341 Written Questionnaire: ☐ incorrect version ☐ Incomplete answers **#**
☐ Debtor not represented by attorney Questionnaire:
⊠ Bank Account Statements: **#1862(2/6-5/6/26), #9840(2/6-5/6/26)**
☐ From Bank Statements:
  ☐ Copy of check(s), explanation, and evidence of use: **#**
  ☐ Explanation of debit/transfer and evidence of use: **#**
☐ Domestic Support Obligation form (complete with name, address, and phone number)

### *II Plan issues to resolve prior to the confirmation hearing:*

☐ Attorney fee itemization or Fee Application needed (see court guideline 6)

☐ 2016(b) and Plan do not match

☐ Motion in plan not filed:  ☐ MMM ☐ Valuation ☐ Lien Avoidance Motion ☐ SLP Notice and/or Motion

☐ Plan does not fund properly **months**

☐ Amend Plan to include in other provisions: ☐ IVL (Miami) ☐100% ☐ Lawsuit  ☐ Gambling ☐ MMM

☐ Plan does not disclose treatment of all Sch D, E or G creditors**:**

☐ Creditor in Plan is not listed in Schedules or has not filed a POC**:**

☐ Creditor paid through the Plan has not filed a POC**:**

☐ Object or Conform to Proof of Claim**:** ☐ IRS (priority or secured) ☐ Dept of Revenue ☐ Miami-Dade County ☐ Tax Certificate (DE# ) ☐ Dept of Revenue ☐ POC **#**

☐ Amend Plan to include or to correct the POC# for creditor in Section(s)**:**

☒ Ch 7 is **$7,111** based on information provided by the Debtor

☐ Good faith payment to unsecured creditors

☐ 100% Plan issue with filed claims

☐ OTHER PLAN ISSUES**:**

### *III Documents required prior to the confirmation hearing:*

☐ Missing Plan, Schedules, SOFA and CMI

☐ Attorney disclosure form 2016(b) not on docket

☐ Real Estate: FMV and payoff**:**

☐ Non-Homestead Info Sheet with all questions answered**:**

☒ Vehicle: FMV Full appraisal, in person Carmax, or J.D. Power (average), Reg. and payoff**:1995 F150, 1993 1500**

☐ FMV and payoff of asset: (jewelry, collections, firearms)

☐ Evidence of valid 401K/Retirement/Pension account ☐ Annuity ☐ Educational IRA/529

☐ Life Insurance Policy reflecting beneficiary

☒ Wage deduction order or Motion to waive

☐ Debtor has a business or self-employed**:**

    ☐ Business Debtor Questionnaire or 1099 affidavit ☐Updated version ☐not all questions answered

    ☐ Profit/Loss ☐ Balance Sheet ☐ Inventory ☐ Other**:**

    ☐ Business Bank statements and checks: **#**

    From Bank Statements**:**

        ☐ Copy of check(s), explanation, and evidence of use: **#**

        ☐ Explanation of debit/transfer and evidence of use**: #**

☐ SOFA #27 details: ☐ When did business close? ☐ What happened to business assets?

☐ Affidavit of support ☐ Affidavit of rent/lease

☒ Claims must be reviewed and the LF 76 filed with the Clerk within 21 days after the non-governmental claims bar date

☒ Other**:Amend sch A/B #6 to remove acct #1862 details & provide on #17. Amend Petition to add AKA "Luis E Loriga Caceres" as per DL received.**

### *IV. Legal issues to resolve prior to the confirmation hearing (from documents reviewed at 341):*

☐ Income understated per debtor's stubs $ _____ taxes $ _____ co-debtor stubs $ _____ taxes $ _____

☐ Evidence of both household size (government ID w/ address) and income (pay advises or tax returns) of all adults disclosed on Sch J and CMI ☐ Spouse's income not included on Schedule I or CMI

☐ Evidence and calculation of expenses on Schedule J: ☐ Provide Proof of line ____ ☐ Objectionable Line____

☐ Trustee reserves the right to Object to Schedule I and/or J Expenses: but 100% plan or over median

☐ Evidence and calculation of expenses on CMI Form B122C-1 line___ CMI Form B122C-2 line

☐ Plan does not pay debtor's calculation of disposable income CMI/DI _____ x 60 = $_____

☐ Feasibility or ☐ plan payments reduce month _____ or ☐ balloon payment

☐ Plan does not conform to Applicable Commitment Period < 36 months < 60

☐ Info on transfer SOFA _____ undisclosed_____ ☐ provide Tolling Agreement(s)

☐ *If Debtor files a plan removing 100% language, Debtor must provide all documents and resolve all issues on all prior deficiencies contemporaneously and Trustee reserves the right to recall the meeting of creditors.*

☐ **Documents were not provided at least 7 days prior to 341 meeting; additional proof and information may be necessary. Trustee reserves the right to recall the meeting of creditors.**

☐ Creditor's <u>Objection to Confirmation</u>:

*This case may be dismissed or the Trustee may seek sanctions if payments and/or documents are not timely provided before confirmation.*

_____

_____

_____

_____

_____

☒ Trustee reserves the right to recall the meeting of creditors until all documents are provided or if the debtor amends their schedules, statements, plan, or if the Trustee discovers undisclosed items.

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was served through NEF on the debtor's attorney (or if the debtor is proceeding pro se by U.S. First Class Mail) on the same day that the document was filed with the Court.

Submitted by:

Nancy K. Neidich, Esq.
Standing Chapter 13 Trustee
P.O. Box 279806
Miramar, FL 33027
Phone: (954) 443-4402