UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

Luis Enrique Loriga-Caceres          Case No. 26-15896-PDR

          Debtor.                     Chapter 13

_____/

**DEBTOR CERTIFICATE OF COMPLIANCE AND**
**REQUEST FOR CONFIRMATION OF CHAPTER 13 PLAN**

As required by 11 U.S.C. § 1325(a)(8) and (a)(9), and Local Rule 3015-1(d)(2), the debtor certifies as follows:

1.      Payment of domestic support obligations (check one):

✔____ a. Since the filing of this bankruptcy case, the debtor has not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation as defined in 11 U.S.C. § 101(14A).

_____ b. The debtor has paid, either directly or to the chapter 13 trustee under the last filed plan, all amounts that are required to be paid under a domestic support obligation and that first became payable after the petition date, if the debtor is required by a judicial or administrative order, or by statute, to pay such domestic support obligation.

2.      The debtor has filed all federal, state, and local tax returns required by law to be filed under 11 U.S.C. § 1308 for all taxable periods ending during the four-year period ending on the date of the filing of the petition commencing this bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _07 / 01 / 2026_          _____
                    Date                              Debtor's signature

                                       _____
                                       Joint debtor's signature (if applicable)

LF-67 (rev. 06/01/26)